PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

IN THE UNITED STATES DISTRICT COURT
FOR THE __EASTERN__ DISTRICT OF TEXAS
__LUFKIN__ DIVISION

SEP 28 2020

BY
DEPUTY _____

__Larry Wayne Richard #824431-Gib Lewis__
Plaintiff's Name and ID Number

__Gib Lewis Unit- 777 FM. 3497, Woodville, TX. 75990__
Place of Confinement

CASE NO. __9:20cv201__
(Clerk will assign the number)

v.

__Jeremy W. LaRue - 777 FM. 3497__
Defendant's Name and Address __Woodville, TX. 75990__

__Edward B. Sells - 777 FM. 3497__
Defendant's Name and Address __Woodville, TX. 75990__

__Matthew J. Davidson - 777 FM. 3497__
Defendant's Name and Address __Woodville, TX. 75990__
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

NOTICE:

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE. ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

Rev. 05/15

FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of $400.00.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." See 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "NOTICE TO THE COURT OF CHANGE OF ADDRESS" and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO
   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit: **June 2012**
      2. Parties to previous lawsuit:
         Plaintiff(s) **Larry Wayne Richard**
         Defendant(s) **UP Raspberry and UP Dennis**
      3. Court: (If federal, name the district; if state, name the county.) **Federal - USEDC - Beaumont Division**
      4. Cause number: **1:12-CV-272**
      5. Name of judge to whom case was assigned: **Marcia A. Crone**
      6. Disposition: (Was the case dismissed, appealed, still pending?) **dismissed per plaintiff**
      7. Approximate date of disposition: **August 12, 2012**

Rev. 05/15

2

I. Previous Lawsuits: (Continued from page 1)

B. 1. Approximate date of filing lawsuit: June 15, 2012
   2. Parties to previous lawsuit:
      Plaintiff: Larry Wayne Richard
      Defendants: Donald R. Kelly, Jean B. Arable, Travis L. Caldwell, Jr., Angelique N. Dennis and Christopher D. Robinson
   3. Court: Federal - USEDC - Beaumont Division
   4. Cause number: Civil Action No. 1:12-cv-294
   5. Name of Judge to whom case was assigned: Judge Marcia A. Crone
   6. Disposition: "Ordered that plaintiff's claims against defendants, Donald R. Kelly, Jean B. Arable, Travis L. Caldwell, Jr., and Christopher D. Robinson are SEVERED from Civil Action No. 1:12-cv-294, and will proceed as a separate action, Civil Action No. 1:19-cv-123. Only plaintiff's civil rights claims against defendant Angelique N. Dennis will remain in Civil Action No. 1:12-cv-294 on March 7, 2019." Civil Action No. 1:12-cv-294 dismissed."
   7. Approximate date of disposition: July 29, 2019.

I. Previous Lawsuits (Continued from page 1)

B. 1. Approximate date of filing lawsuit: August 12, 2015
   2. Parties to previous lawsuits:
      Plaintiff: Larry W. Richard
      Defendants: Jerry S. Tune, Randy D. Selman, Judith P. Rodriguez, Celestine Scharolotte, and Janis C. Brooks
   3. Court: USEDC - Tyler Division
   4. Cause number: Civil Action No. 6:15-cv 782
   5. Name of Judge to whom case was assigned: Michael H. Schneider
   6. Disposition: dismissed without prejudice
   7. Approximate date of disposition: July 2016

I. Previous Lawsuits (Continued from page 1)

B. 1. Approximate date of filing lawsuit: December 23, 2017
   2. Parties to previous lawsuits:
      Plaintiff: Larry W. Richard
      Defendants: Jerry S. Tune, Randy D. Selman, Judith P. Rodriguez, Celestine Scharollotte, and Janis C. Brooks

cc: file

pg1 over

3. Court: 5th Circuit Court of Appeals
4. Cause number: 18-40011
5. Name of judge to whom case was assigned: Higginbotham, Smith and Clement
6. Disposition: dismissed
7. Approximate date of disposition: April 18, 2018

---

I. Previous Lawsuits (Continued from page 1)

B. 1. Approximate date of filing lawsuit: ("uncertain"?)
   2. Parties to previous lawsuits:
      Plaintiff: Larry W. Richard
      Defendant: Angelique N. Dennis
   3. Court: 5th Circuit of Court of Appeals
   4. Cause number: 15-40609
   5. Name of Judge to whom case was assigned: none
   6. Disposition: dismissed pursuant to appellate's motion
   7. Approximate date of disposition: June 17, 2015

---

I. Previous Lawsuits: (Continued from page 1)

B. 1. Approximate date of filing lawsuit: August 5, 2014
   2. Parties to previous lawsuit:
      Plaintiff: Larry W. Richard
      Defendants: Greggory M. Vaughn, ETAL
   3. Court: Federal - U.S.D.C. - Houston Division
   4. Cause number: 4:14-cv-02253
   5. Name of Judge to whom case was assigned: Judge Lee H. Rosenthal
   6. Disposition: Voluntarily dismissed
   7. Approximate date of disposition: July 10, 2015

---

I. Previous Lawsuits: (Continued from page 1)

B. 1. Approximate date of filing lawsuit: July 29, 2014
   2. Parties to previous lawsuits:
      Plaintiff: Larry W. Richard

pg 2

Defendants: Greggory M. Vaughn, ET AL
3. Court: Federal - U.S.S.D.C. - Houston Division
4. Cause number: 4:14-cv-02494
5. Name of Judge to whom case was assigned: Judge Nancy F. Atlas
6. Disposition: dismissed without prejudice
7. Approximate date of disposition:

I. Previous Lawsuits: (Continued from page 1)
B. 1. Approximate date of filing lawsuit: October 31, 2016
   2. Parties to previous lawsuits:
      Plaintiff: Larry W. Richard
      Defendants: Jerry S. Tune, Randy D. Selman, Judith P. Rodriguez, Celestine Scharolotte, and Janis C. Brooks.
   3. Court: Federal - USEDC - Tyler Division
   4. Cause number: 6:15-cv-1257
   5. Name of Judge to whom case was assigned: Judge Ron Clark
   6. Disposition: dismissed with prejudice
   7. Approximate date of disposition: February 22, 2017

cc: file

p.3

II. PLACE OF PRESENT CONFINEMENT: Gib Lewis Unit - 777 F.M. 3497 - Woodville, TX. 75990

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   ✓ YES ___ NO

refer to Declaration attached

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Larry Wayne Richard #824437 - Gib Lewis Unit - 777 F.M. 3497 - Woodville, TX. 75990

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Mr. Jeremy W. LaRue, Asst. Warden - Gib Lewis Unit - 777 F.M. 3497 - Woodville, TX. 75990

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. Acting under color of state law with deliberate indifference subjected me to a substantial risk for irreparable harm of infection of Covid-19 virus or other pathogen by not providing bleach or cleaning infectant and 7 bars of State soap in which to shower daily, Thus, violating my Eighth Amendment Rights. dis (not providing)

Defendant #2: Mr. Edward B. Sells, Asst. Warden - Gib Lewis Unit - 777 F.M. 3497 - Woodville, TX. 75990

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. Acting under color of state law with deliberate indifference subjected me to a substantial risk for irreparable harm of infection of Covid-19 virus or other pathogen by not providing bleach or cleaning infectant, and not providing 7 bars of State soap to shower daily, Thus, violating my Eighth Amend. Rights. dis

Defendant #3: Mr. Matthew J. Davidson, Captain - Gib Lewis Unit - 777 F.M. 3497 - Woodville, TX. 75990

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. Acting under color of state law with deliberate indifference subjected me to a substantial risk for irreparable harm of infection of Covid-19 virus or other pathogen by not providing bleach or cleaning infectant, and not providing 7 bars of State soap to shower daily, Thus, violating my Eighth Amend. Rights. dis

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Rev. 05/15

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

① On the Gib Lewis Unit on high security from Jan. 28, 2020 to present date of September 19, 2020, under color of state law, Capt. Davidson, Asst. Warden Sells and Asst. Warden LaRue have acted in concert to deprive me and other offenders of 7 bars of state soap that is required to shower daily. Also, no toothbrushes have been provided, even after I exhausted my grv. procedure. In addition, upon exhaustion of Admin. remedies, I complied with the Step 2 response to request additional soap if needed, but no soap was made available. Also, on 9-01-20 I wrote the above prison staff regarding this issue, and the issue of not receiving bleach to clean cell to avoid infection of Covid-19 virus, or any other pathogen. My Step 1 response was that bleach was passed out 3 times per week, and bleach water is being sprayed on cell doors. ② The same prison staff above also has deprived me and other inmates on high security on F pod bleach to safeguard against the Covid-19 virus or other pathogen. Since about June or July 2020 bleach has been passed out once and bippy provided once.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Plaintiff prayerfully request a preliminary Injunction, Declaratory Judgement and nominal damages. (refer to enclosed Declaration regarding preliminary Injunction)

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Larry Wayne Hattisburg

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

#824437

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___YES ✓NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): N/A
2. Case number: N/A
3. Approximate date sanctions were imposed: N/A
4. Have the sanctions been lifted or otherwise satisfied? N/A ___YES ___NO

Rev. 05/15

4

C. Has any court ever warned or notified you that sanctions could be imposed?   ____ YES  ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): **N/A**
2. Case number: **N/A**
3. Approximate date warning was issued: **N/A**

Executed on: **9-18-20**
DATE

Richard, Larry Wayne #824437
Larry W. Richard
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this **18th** day of **September**, 20**20**.
(Day)                          (month)                    (year)

Richard, Larry Wayne #824437
Larry W. Richard
(Signature of Plaintiff)

WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

Rev. 05/15

9-19-20

United States District Court
Eastern District of Texas
104 North Third Street
Lufkin, TX. 75901

Re: filing Complaint: Larry W. Richard v Jeremy W. LaRue, ETAL

Dear Clerk:

I'm the plaintiff in the above civil action. I'm filing a Civil Action Suit, and have enclosed the following: 2-Standarized 1983 forms, 1-Declaration In Support of Emergency Complaint; 1-IFP Corrected Division of Court, 1-exhibit of letter addressed to defendants dated 9-01-20.

In addition, I fear that my unit may attempt to impede my complaint from going out, so I'm making you aware of the following correspondence you should have received from me; 1 letter dated 9-07-20; 1-letter dated 9-14-20 and a letter dated 9-18-20 with 2-IFP forms in which I incorrectly put Tyler Division, but made the correction on the enclosed IFP by putting Lufkin Division.

Finally, thank you for your attention to this matter. Please provide me with a free copy of docket sheet so I'll know if you've been receiving my letters.

Respectfully Submitted,
Larry W. Richard 824437
Plaintiff
Richard, Larry Wayne
Gib Lewis Unit
777 FM 3497
Woodville, TX. 75990

cc: file

1 of 1

## CERTIFICATE OF SERVICE

I, Larry Wayne Richard, prose plaintiff, do hereby certify that a true and correct copy of the above and foregoing Plaintiff's Emergency Complaint, Declaration In Support of Complaint, Corrected IFP, Exhibit A - Letter dated 9-01-20 to defendants has been served to the Court via first class mail on this 21st day of September 2020.

*Larry W. Richard 824437*
Plaintiff
Richard, Larry Wayne

## NOTICE OF FILING

I, Larry Wayne Richard, prose plaintiff, do hereby certify that I have submitted for filing, a true and correct copy of the above and foregoing with the Eastern District of Texas, on this 21st day of September 2020.

*Larry W. Richard 824437*
Plaintiff
Richard, Larry Wayne

CC/File

1

9-01-20

To: Asst. Warden Sells - GL
Asst. Warden J. Larue - GL
Capt. Davidson - GL

Re: Grv. #2020147577 and #2020166705

Dear Above Staff:

I'm Offender Larry W. Richard #824437, housed at H.S. F2-10B. I'm writing you regarding the issues alleged in the above listed grievances. I am needing your help to resolve these issues without taking my complaints beyond TDCJ. I don't want to cause problems, "air dirty laundry", that can be resolved on the unit level.

I realize you are very busy. You rely on others to provide you with info. Whoever is telling you that were getting 7 bars of soap and receiving bleach 3 times per week are deceiving you. Were only getting 5 bars of state soap, and some time last week we received bleach for the first time in over 2 months. All you have to do is check the surveillance to see if whomever is suppose to be passing out bleach, on F pod passing it out. As for the soap, call out any inmate here on F pod & they'll tell you were only getting 5 bars of soap. True, you assure me were getting 7 bars of soap, and getting bleach 3 times a week, but someone is lying to you.

CC: File

pg1 (over)

Warden Sells, this same thing happened with the food carts. Some one who is suppose to be a staff with integrity lied to your Captain's claiming the food carts were operational, but it was later revealed that they were not.

Therefore, before I have to take this important Complaint further, I'm asking you to please take out time to verify what I'm telling you. I believe you know I'm being truthful and you know that these issues are serious. My immune system is greatly surpressed. Spraying bleach on the outside of my cell is doing me no good. I'm a G5 offender confined to the cell 24hrs. a day, I need the inside of my cell clean. Your help is needed & will greatly be appreciated.

Respectfully submitted,
Larry W. Richard 824437
Gib Lewis Unit
777 F.M. 3497
Woodville, TX. 75990

CC: File

p.2



United States District Court
Eastern District of Texas
104 North Third Street
Lufkin, TX. 75901

Larry W. Richard #824437
Gib Lewis Unit
777 FM. 3497
Woodville, TX. 75990

CLERK U.S. DISTRICT COURT
RECEIVED
SEP 28 2020
EASTERN DISTRICT OF TEXAS
LUFKIN, TEXAS

Legal